# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, ) | 1:10-cv-627 OWW-GSA |
| ) | |
| Plaintiff, ) | ORDER GRANTING APPLICATION |
| ) | TO PROCEED IN FORMA PAUPERIS |
| v. ) | |
| TRACE FICTGLER, KAY KRATT, ) | |
| LET SMITH, MARTIN JIMMIEZE, ) | |
| MARIE TABACCHI, FRESNO COUNTY ) | (Document 2 ) |
| DISTRICT ATTORNEY'S OFFICE, ) | |
| and COUNTY OF FRESNO, ) | |
| ) | |
| Defendants. ) | |

On April 9, 2010, Plaintiff, Phillip Sanders appearing pro se, filed a motion to proceed in forma pauperis. Having reviewed the in forma pauperis application, this court GRANTS Plaintiff Sander's application.

IT IS SO ORDERED.

Dated:   **April 16, 2010**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE